CALLAHAN & BLAINE, APLC
Daniel J. Callahan (Bar No. 91490)
Dan@callahan-law.com
Javier H. Van Oordt (Bar No. 184879)
jvo@callahan-law.com
Robert S. Lawrence (Bar No. 207099)
rlawrence@callahan-law.com
James M. Golden (Bar No. 281791)
jgolden@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff, LOLITA ARIZA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LOLITA ARIZA,<br><br>Plaintiff,<br><br>v.<br><br>RODAN & FIELDS, LLC, a California limited liability company; JENNIFER BAKER, an individual; GRACE BOWLES, an individual; TISHA COGGIN, an individual; DIANA FISHER, an individual; BREANNA HINKLE, an individual; CLAUDIA NORCISA, an individual; HEIDI PRUDE, an individual; CHRISTINE RIZZO, an individual; DAWN ROGERS, an individual; GILLIAN SARNER, an individual; ANN SHIN, an individual; BETH TORRENCE, an individual; LYNDA TROYER, an individual; BRIANNE WILLIAMS, an individual; KRISTI WILLIS, an individual; and DOES 1-10,<br><br>Defendants. | **CASE NO. 2:16-cv-3826-TJH (ASx)**<br><br>**ORDER ENTERING DISMISSAL OF ACTION [JS-6]** |

ORDER

1  The parties having given notice that they have settled the issues between them
2 and having previously filed a Stipulation of Dismissal in this matter on November
3 10, 2016 [Dkt 32], the Court hereby ORDERS as follows:

This action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 1, 2017

_____
The Honorable Terry J. Hatter, Jr.
**United States District Judge**